IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN McCLENDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:19-cv-659-ALB |
| | ) |
| COMMANDER BRAZIER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On November 8, 2019, the Magistrate Judge filed a Recommendation (Doc. 11) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and this case is hereby DISMISSED without prejudice for Plaintiff's failure to comply with the orders of the court.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this day, April 14th, 2020.

       /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE